**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**Supplemental Petition for Warrant or Summons for Person Under Supervision**

Person Under Supervision:  Thomas Crosby

Docket Number: 2:23CR00243-001
Docket Number: 2:23CR00244-001
USM Number: 13060-509

Name of Sentencing Judicial Officer: The Honorable David H. Urias
United States District Judge

Name of Assigned Judicial Officer: The Honorable Christy Wiegand
United States District Judge

Date of Original Sentence: July 27, 2023

Original Offense: 18 U.S.C § 2252(1)(4)(B) and 18 U.S.C. § 2252(b)(2) Possession of Visual Depictions of Minors Engaging in Sexually Explicit Conduct

Original Sentence: Term of 5 days or time served; whichever is less imposed as to Indictments 1:20CR01766-001-DHU and 1:22CR00864-001DHU and Supervise release for a term of 15 years.

Type of Supervision: Supervised Release

Date Supervision Commenced: July 13, 2023
Expiration Date: July 12, 2038

---

**PETITIONING THE COURT**

[X]   Other- To incorporate into the petition filed on February 12, 2024.

The probation officer believes that the person under supervision has violated the following condition of supervision:

**Bolded text is the new supervised release violation offense conduct.**

**Violation Number 1**

Special Condition: The defendant shall not view or possess any material that depicts sexually explicit conducts as defined in 18 U.S.C. § 2256, including images, books, writing, drawings, video games, or videos depicting actual sexual intercourse. This also includes computer or computer-generated images or pictures. Whether made or produced by electronic, mechanical, or other means.  Should the sex offense-specific assessment determine this factor is not a risk, then this condition shall not be enforced.

Thomas Crosby
2:23CR00243-001
2:23CR00244-001

**Violation Number 2**

Mandatory Condition 1. You must not commit another federal, state, or local crime.

**Nature of Noncompliance**

On February 8, 2024, the probation office reviewed Mr. Crosby's computer monitoring report which revealed numerous images of computer-generated animated images of child sexual acts in violation of 18 U.S.C. § 1466A- Obscene visual representations of the sexual abuse of children. On February 12, 2024, this undersigned officer met with Mr. Crosby at his residence. At such time, Mr. Crosby admitted to viewing computer generated animated images of child sexual acts on his monitored device. Despite prior advisement of his supervise release conditions, Mr. Crosby asserted that he was unaware that animated child acts were a violation of his supervise release conditions. Mr. Crosby was verbally admonished and re-advised of his conditions of supervised release and instructed on supervision expectations. Subsequently, on this date, Mr. Crosby's computer tower was seized by the probation office.

**On February 21, 2024, this undersigned officer with supervisor guidance conducted a subsequent investigation of Mr. Crosby's monitoring software. Such investigation revealed, Mr. Crosby had downloaded computer generated child sexual abuse materials to his computer device.**

**U.S. Probation Officer Recommendation:**

It has been determined that Mr. Crosby continues to require sex offender treatment interventions. Considering such, Mr. Crosby will continue with treatment services and the probation office will continue to monitor Mr. Crosby's compliance through location monitoring, third-party contacts, and polygraph examinations.

However, due to Mr. Crosby's high-risk behavior and failure to abide by the instructions set forth by the Court and potential danger to the community, the probation office believes Court action is appropriate Therefore, the probation office respectfully recommends a summons be issued for Mr. Crosby and he appear before Your Honor to address the Court as to why his supervised release should not be revoked. A supplemental petition will be filed, should additional information become available.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 29, 2024

Respectfully submitted,                          Approved,

by _____       by _____
Monique Fisher                                   Nick Capaccio
U.S. Probation Officer                           Supervisory U.S. Probation Officer

2

Thomas Crosby
2:23CR00243-001
2:23CR00244-001

---

THE COURT ORDERS:

☐　　No Action

☐　　The Issuance of a Warrant
　　　　　Petition to be Unsealed Upon Notice of Arrest

☐　　No Bond is set.

☐　　Bond is set at _____

☐　　Bond is at the discretion of the Magistrate Judge

☐　　The Issuance of a Summons:

| | |
|---|---|
| Appearance Date: | |
| Appearance Time: | |
| Courthouse: | |
| Courtroom Number: | |

☐　　Telephonic Status Conference

☐　　Other


_____
Signature of Judicial Officer


_____
Date