# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

### Report on Person Under Supervision

Person Under Supervision:  Thomas Crosby                    Case Number: 2:23 CR 00243
                                                            2:23 CR00244

Name of Sentencing Judicial Officer:     The Honorable David H. Urias
                                         United States District Judge

Name of Assigned Judicial Officer:       The Honorable Christy Criswell Wiegand
                                         United States District Judge

Date of Original Sentence: July 13, 2023

Original Offense: 2:23 CR 00243 - Possession of Visual Depictions of Minor Engaging in Sexually Explicit Conduct; 18 USC Sec. 2252(a)(4)(B) and 18 USC Sec. 2252(b)(2)

2:23 CR00244  - Possession of Visual Depictions of Minor Engaging in Sexually Explicit Conduct; 18 USC Sec. 2252(a)(4)(B) and 18 USC Sec. 2252(b)(2)

Type of Supervision:                          Date Supervision Commenced: July 13, 2024
                                                           Expiration Date: In Custody

---

### SUPERVISION SUMMARY

**RECOMMENDATION:**
Thomas Crosby is scheduled for resentencing in the District of New Mexico for the instant offense that led to his supervised release.  The Honorable Judge Wiegand assumed jurisdiction of the case on October 26, 2023, at the request of the probation office due to Mr. Crosby residing in the Western District of Pennsylvania.

The probation office is respectfully requesting the ability to release a timeline of the supervision of the case to include treatment referrals and services provided to the government and defense counsel.  The shared information will not include documents from the treatment providers.


Respectfully submitted,

by   *Nicholas Capaccio*     Nick Capaccio
                             2025.01.22 12:01:08
     ————————————————        -05'00'
     Nick Capaccio
     Supervisory U.S. Probation Officer

Thomas Crosby
2:23 CR 00243            2:23 CR00244

---

☐    I agree with the recommendation of the probation officer
☐    Other


_____
Signature of Judicial Officer


_____
Date